# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00024-CR

**Jose Jesus Franco, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HARRIS COUNTY, 174TH JUDICIAL DISTRICT
### NO. 976064, HONORABLE GEORGE S. GODWIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jose Jesus Franco, acting pro se, filed his notice of appeal in this Court on January 5, 2009. Upon receipt of the notice of appeal, this Court notified Flores of his responsibility to provide a docketing statement. *See* Tex. R. App. P. 32.2. Flores subsequently provided a docketing statement, which revealed that the judgment of conviction in this case was rendered by a Harris County district court. Harris County is not located in the Third Court of Appeals district. Consequently, we are without jurisdiction to consider Flores's appeal. This appeal is dismissed for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: April 3, 2009

Do Not Publish